**Slip Op. 04-98**

# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS**

_____
:
TIMKEN U.S. CORPORATION,                     :
:
      Plaintiff,                           :
:
      v.                                   :
:
UNITED STATES,                               :
:
      Defendant,                           :
:
      and                                  :
:
NSK LTD., NSK-RHP EUROPE LTD.,               :  Court No.
RHP BEARINGS LTD., NSK BEARINGS              :  00-08-00385
EUROPE LTD. and NSK CORPORATION;             :
NTN BEARING CORPORATION OF AMERICA,          :
NTN BOWER CORPORATION, NTN-BCA               :
CORPORATION and NTN CORPORATION;             :
SKF USA INC. and SKF GmbH; FAG               :
KUGELFISCHER GEORG SCHÄFER AG, THE           :
BARDEN CORPORATION (U.K.) LIMITED,           :
THE BARDEN CORPORATION,  FAG ITALIA          :
S.p.A. and FAG BEARINGS CORPORATION;         :
KOYO SEIKO CO., LTD. and KOYO                :
CORPORATION OF U.S.A.,                       :
:
      Defendant-Intervenors.               :
_____:

## JUDGMENT

      This Court, having received and reviewed the United States International Trade Commission's ("Commission") <u>Views of the Commission</u> ("Remand Determination") in <u>Timken U.S. Corporation v. United States</u>, 28 CIT ___, ___, 310 F. Supp. 2d 1327 (2004), comments of Timken U.S. Corporation, responses of defendant-intervenors, NTN Bearing Corporation of America et al. and NSK Ltd. et al., the Commission's rebuttal comments, and after hearing oral arguments from counsel on August 5, 2004, holds that the Commission duly complied with the Court's remand order, and it is hereby

      **ORDERED** that the <u>Remand Determination</u> filed by the Commission

on April, 26, 2004, is affirmed in its entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

                                    /s/ Nicholas Tsoucalas
                                    NICHOLAS TSOUCALAS
                                    SENIOR JUDGE


Dated:     August 9, 2004
           New York, New York